In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-09-00325-CR


____________________



WALTER LEON BEARDEN, JR., Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 356th District Court 


Hardin County, Texas


Trial Cause No. 13,890






MEMORANDUM OPINION


 On September 29, 2009, we notified the parties that the appeal would be dismissed
for want of prosecution unless arrangements were made for filing the record or the appellant
explained why he needed time for filing the record. The appellant did not file a response. 
It appears that the appellant is not entitled to proceed without payment of costs. See Tex. R.
App. P. 20.2. There being no satisfactory explanation for the failure to file the record, the
appeal is dismissed for want of prosecution. See Tex. R. App. P. 37.3(b).

 APPEAL DISMISSED.



 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered November 12, 2009

Do not publish


Before McKeithen, C.J., Kreger and Horton, JJ.